# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| DANIEL FORTUNE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 2:18-CV-157-NT |
| | ) | |
| MAINE DEPT. OF CORRECTIONS, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER AFFIRMING THE RECOMMENDED
## DECISION OF THE MAGISTRATE JUDGE

On July 30, 2018, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision. Recommended Decision (ECF No. 9). On August 17, 2018, the Petitioner filed an objection to the Recommended Decision (ECF No. 10). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED.** The Petitioner's complaint is **DISMISSED** and, because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2), no certificate of appealability shall issue.

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 30th day of August, 2018.